# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOWELL,<br><br>       Plaintiff,<br><br>vs.<br><br>MEARES et al.,<br><br>       Defendants. | 3:17-cv-00682-RCJ-CBC<br><br>**ORDER** |

Plaintiff David Howell has submitted a complaint under 42 U.S.C. § 1983, attached to an application to proceed in forma pauperis. The Court denies the application, because Plaintiff has at least five "strikes" under the Prison Litigation Reform Act and does not allege imminent danger of serious physical injury. 28 U.S.C. § 1915(g).[1] Specifically, Plaintiff has had complaints dismissed for failure to state a claim in Case Nos. 3:04-cv-70 (Judge McKibben), 3:11-cv-114 (the undersigned), 2:11-cv-1383 (Judge Navarro), and 3:17-cv-736 (Judge Du). In Appeal No. 18-15390, the Court of Appeals dismissed Plaintiff's appeal in the '736 Case as "frivolous."

---

[1] Plaintiff alleges having been denied administrative segregation for some time, which put him at risk because of his status as a witness. But he does not allege sustaining any injury before his request to be put into administrative segregation was granted. He alleges a fear of entering the prison yard for exercise, but he also alleges he has been able to avoid the yard by remaining in his cell. The Court does not reach the merits of the underlying claims but finds that Plaintiff has not alleged any imminent danger of serious physical injury for the purposes of § 1915(g).

**CONCLUSION**

IT IS HEREBY ORDERED that the Application for Leave to Proceed in Forma Pauperis (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall have twenty-eight (28) days to pay the $350 filing fee and the $50 administrative fee. Failure to comply may result in dismissal without prejudice without further notice.

IT IS SO ORDERED.

Dated this 14th day of January, 2019.

_____
ROBERT C. JONES
United States District Judge