

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID HOWELL,

    Plaintiff,

v.

MEARES, *et al.*,

    Defendants.

Case No. 3:17-cv-00682-RCJ-CBC

ORDER

I. **DISCUSSION**

In its January 14, 2019 order, the Court ordered Plaintiff to pay the $350 filing fee and the $50 administrative fee within 28 days of the date of that order. (ECF No. 13 at 2). Plaintiff has filed a motion for an extension of time of 120 days to pay the $350 filing fee and the $50 administrative fee. (ECF No. 14). The Court grants the motion. Accordingly, Plaintiff must pay the $350 filing fee and the $50 administrative fee by May 11, 2019.

II. **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 14) is granted. Plaintiff must pay the $350 filing fee and the $50 administrative fee by May 1, 2019.

IT IS FURTHER ORDERED that, if Plaintiff does not file the required fees by May 11, 2019, the Court may dismiss the case without prejudice without further notice.

DATED: January 31, 2019.

_____
UNITED STATES MAGISTRATE JUDGE