# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID HOWELL, | Case No. 3:17-cv-00682-RCJ-CBC |
| Plaintiff, | ORDER |
| v. | |
| MEARES, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

In its January 14, 2019 order, the Court ordered Plaintiff to pay the $350 filing fee and the $50 administrative fee within 28 days of the date of that order. (ECF No. 13 at 2). The Court previously granted Plaintiff an extension of time until May 11, 2019 to pay the filing fee in this case. (ECF No. 15.) Plaintiff has now filed a motion for an extension of time until August 1, 2019 to pay the $350 filing fee and the $50 administrative fee. (ECF No. 16). The Court grants the motion. Accordingly, Plaintiff must pay the $350 filing fee and the $50 administrative fee by August 1, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 16) is granted. Plaintiff must pay the $350 filing fee and the $50 administrative fee by August 1, 2019.

IT IS FURTHER ORDERED that, if Plaintiff does not file the required fees by August 1, 2019, the Court may dismiss the case without prejudice without further notice.

DATED: June 10, 2019

_____
UNITED STATES MAGISTRATE JUDGE